THE PEOPLE OF THE STATE OF NEW YORK ex rel. SYRA-
CUSE TRUST COMPANY, as Trustee, etc., Respondent,
against WILLIAM M. REMMER et al., as Assessors of
the City of Utica et al., Appellants.

Argued September 29, 1937; decided October 19, 1937.

*Bartle Gorman, Corporation Counsel (M. Francis Malone*
and *Daniel B. Myers* of counsel), for appellants.

*William H. Harding* for respondent.

Order affirmed, with costs, on the ground that the courts
below were justified in construing the stipulation, in view
of the course of the trial, as a stipulation that the property
in question was assessed at sixty-six per centum of its
value. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS,
LOUGHRAN, FINCH and RIPPEY, JJ.